IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MEDTRONIC SOFAMOR DANEK USA, INC.,** | : | **CIVIL ACTION** |
| **WARSAW ORTHOPEDIC, INC.,** | : | |
| **MEDTRONIC PUERTO RICO OPERATIONS CO.,** | : | |
| **and MEDTRONIC SOFAMOR DANEK** | : | |
| **DEGGENDORF, GMBH** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GLOBUS MEDICAL, INC.** | : | **NO. 06-4248** |

**ORDER**

AND NOW, this 16th day of July, 2009, upon consideration of the parties' post trial briefs, all evidence of record and the parties' arguments at trial, for the reasons stated in the attached opinion, it is ORDERED that:

1. Plaintiffs' request to re-open the record (paper no. 299) is **GRANTED IN PART AND DENIED IN PART**. PX 17, PX 20, PX 21 and PX 22 are admitted into evidence. Plaintiffs' request is denied in all other respects.

2. Plaintiffs Medtronic Sofamor Danek USA, Inc., Medtronic Puerto Rico Operations Co. and Medtronic Sofamor Danek Deggendorf, GmbH are **DISMISSED** with prejudice.

3. Warsaw Orthopedic, Inc. is entitled to compensatory damages for infringement of the '929 and '422 patents equal to a reasonable royalty of **$2,085,269.20**.

4. On or before **July 31, 2009**, Warsaw Orthopedic, Inc. may file a petition for pre-judgment interest calculated at the post-judgment interest rate as set forth in 28 U.S.C. § 1961(a).

5. Plaintiffs' request for injunctive relief is **DENIED**.

          /s/ Norma L. Shapiro
                          J.